UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10 CR 549 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| JAMES L. WILLIAMS, | ) ) | |
| Defendant | ) | **ORDER** |

    This matter was before the court on May 20, 2021, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant James L. Williams was present and represented by Assistant Federal Public Defender Khalida Sims. The United States was represented by Assistant United States Attorney Jason White. The Pretrial Services and Probation Office was represented by Ben Jurevicius. The court reporter was Donnalee Cotone. The defendant admitted to the supervised release violations as set forth on the record, and the court finds Defendant in violation of the terms of his supervised release for reasons stated on the open record, and adopts the Report and Recommendation of Magistrate Judge Greenberg.

    IT IS ORDERED that Mr. Williams's supervised release is revoked and Defendant is committed to the custody of the Bureau of Prisons for a period of 4 months, with credit for time served. A one year period of supervised release shall follow, with the same terms and conditions as previously imposed. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                                           /s/*SOLOMON OLIVER, JR.*
                                                           UNITED STATES DISTRICT JUDGE

May 21, 2021